Laurie B. Mapes, OSB #841670
lauriemapes2002@yahoo.com
Attorney at Law
PO Box 1241
Scappoose OR 97056
Voice: (503) 543-2900
Fax: (503) 543-3676
   Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KENNETH A,[1] | Case No. 3:17-cv-01575-JR |
| Plaintiff, | |
| v. | |
| ANDREW SAUL,<br>Commissioner of Social<br>Security, | ORDER FOR ATTORNEY FEES UNDER<br>42 U.S.C. § 406(b) |
| Defendant. | |

Plaintiff, Kenneth A., brought this action for review of the Commissioner's final decision to deny Plaintiff's application for disability insurance benefits under Title II of the Social Security Act, 42 U.S.C. §§ 401-34. Doc. No. 1. The Court remanded the matter for immediate payment of benefits. Doc. Nos. 19, 20, 22, 23.

---

[1] In the interest of privacy, this order uses only the first name and the initial of the last name of the non-governmental party or parties in this case. Where applicable, this order uses the same designation for a non-governmental party's immediate family member.

ORDER FOR ATTORNEY FEES UNDER 42 U.S.C. § 406(b) - 1

Plaintiff now seeks an award of attorney fees under 42 U.S.C. § 406(b). Doc. Nos. 34, 35. Defendant noted no objection to the request. Doc. No. 36. The Court finds that the requested fees are reasonable.

Plaintiff's motion for attorney fees (Doc. Nos. 34, 35) is granted. Plaintiff's counsel is awarded $22,597.00 in attorney fees under 42 U.S.C. § 406(b). Earlier, the Court awarded Plaintiff attorney fees in the amount of $15,906.72 under the Equal Access to Justice Act, 28 U.S.C. § 2412 ("EAJA"). Doc. No. 33. Therefore, when Defendant issues the Section 406(b) check for payment to Plaintiff's attorney, Defendant is directed to subtract the amount previously awarded under EAJA and pay Plaintiff's attorney, Laurie B. Mapes, the balance of $6,690.28, less any applicable processing or user fees prescribed by statute. The Section 406(b) check should be mailed to Laurie B. Mapes at P.O. Box 1241, Scappoose OR 97056.

IT IS SO ORDERED.

DATED this 5 day of August, 2019.

_____
JOLIE A. RUSSO
United States Magistrate Judge

SUBMITTED BY:

/s/ Laurie B. Mapes
Laurie B. Mapes
OSB #841670
(503) 543-2900
Attorney for Plaintiff

ON: July 25, 2019